*In re* RAFAEL E. MEDINA ZERPA.

*Número:* TS-7348      *Resuelto:* 11 de mayo de 1999

*Carmen R. Cintrón Ferrer,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Rafael Medina Zerpa, pro se.*

## RESOLUCIÓN

### I

El 12 de marzo de 1999, mediante opinión *per curiam,* suspendimos al Lcdo. Rafael E. Medina Zerpa del ejercicio de la profesión de abogado por no haber satisfecho la cuota anual del Colegio de Abogados y no haber cumplido con su obligación de notificar cambio de dirección, y como resultado, no recibir nuestras notificaciones remitidas por correo certificado a su dirección en el expediente.

El 27 de abril, el licenciado Medina Zerpa nos solicitó urgentemente su reinstalación, exponiéndonos su más sincero arrepentimiento por el incumplimiento de sus responsabilidades como abogado. Señala haber pagado la cuota correspondiente el 15 de abril.

298

## II

A la luz de lo expuesto, no procede reconsiderar la suspensión original decretada, que fue efectiva el día de su notificación. En su lugar, limitamos la suspensión al período de tiempo transcurrido y reinstalamos a la abogacía al licenciado Medina Zerpa efectivo hoy.

Se le apercibe al licenciado Medina Zerpa del estricto cumplimiento en el futuro de sus responsabilidades como abogado.

*Notifíquese vía telefónica y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*